IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 24-cv-01569-PAB-MDB

TOMAS CABALLERO and KEVIN AGUILAR VARGAS

    Plaintiffs.

v.

LOS COMPADRES LIQUOR STORE, INC, et al.

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Tomas Caballero and Defendants Los Compadres Liquor Store, Inc., Los Compadres Liquor Store, LLC, Los Compadres Liquor Store 2, LLC Los Compadres Liquor #2, LLC, Los Compadres Smoke Shop LLC, Speedy's Smoke Shop #2, LLC, Yesenia Alfaro, and Carmen Garcia file this Joint Notice of Settlement, respectfully advising the Court of the following:

The Parties have reached a settlement regarding Plaintiff Caballero's claims and causes of action in the above-referenced matter.[1] The Parties are working diligently to finalize the agreement and present dismissal papers to the Court. The Parties respectfully request thirty (30) days to file the dismissal papers. To preserve judicial economy, the Parties request that the Court terminate any remaining deadlines.

Respectfully submitted on December 18, 2025 by:

---

[1] Plaintiff Aguilar Vargas is not a settling party; his claims will be dismissed without prejudice.

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner
Mitchiner Law, LLC
1241 S. Parker Rd. Suite 201
Denver, CO 80231
Ph.# 720-538-0371
Email: tmitchiner@mitchinerlawllc.com

/s/ Samuel D. Engelson
Samuel D. Engelson
Leventhal Swan Taylor Temming PC
3773 Cherry Creek N. Drive, Suite 710
Denver, CO 80209
Telephone: (720) 699-3000
Email: sengelson@lstt.law

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically via CM/ECF to counsel referenced below, this December 18, 2025, addressed to:

Samuel D. Engelson
LEVENTHAL | LEWIS KUHN TAYLOR SWAN PC
3773 Cherry Creek N. Drive, Suite 710
Denver, CO 80209
Telephone: (720) 699-3000
Facsimile: (866) 515-8628
Email: sengelson@lstt.law

Attorney for Plaintiff

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner

3